GEO. HABY v. C. HABY.

(No. 1757, Op. Book No. 3, p. 508.)

APPEAL from Medina County.   Opinion by WINKLER, J.

§ 157. *Appeal bond from justice's court; condition of.* An appeal bond from justice's to county court was conditioned "that the said George Haby shall prosecute his appeal to effect, and satisfy the judgment or decree that

may be rendered against the obligors in this bond."
*Held,* that this was in substantial compliance with the
law. [R. S. art. 1639.]

March 19, 1881.                    Reversed and remanded.